**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | § | |
| **a Texas limited liability company;** | § | |
| | § | |
| **Plaintiff,** | § | **Case No: 4:21-cv-00988** |
| | § | |
| **vs.** | § | **PATENT CASE** |
| | § | |
| **GREATER GOODS, LLC,  a Missouri** | § | |
| **limited liability company;** | § | |
| | § | |
| **Defendant.** | § | |
| _____ | § | |

## COMPLAINT

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Complaint against Greater Goods, LLC ("Defendant" or "Greater Goods") for infringement of United States Patent No. 9,300,723 (the "'723 Patent").

## PARTIES AND JURISDICTION

1.      This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3.      Plaintiff is a Texas limited liability company with an address of 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4.      On information and belief, Defendant is a Missouri limited liability company with a principal place of business at 1301 S. Vandeventer Ave, St. Louis, MO, 63110.  On information

and belief, Defendant may be served through its registered agent, James A. Beckemeier, 13421

Manchester Rd., Suite 103, St. Louis, MO 63131.

5.      This Court has personal jurisdiction over Defendant because Defendant has

committed, and continues to commit, acts of infringement in this District, has conducted business

in this District, and/or has engaged in continuous and systematic activities in this District.

6.      Upon information and belief, Defendant's instrumentalities that are alleged

herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this

District.

**VENUE**

7.      On information and belief, venue is proper in this District under 28 U.S.C. §

1400(b) because Defendant is a resident of this District.  Alternatively, acts of infringement are

occurring in this District and Defendant has a regular and established place of business in this

District.

**COUNT I**
**(INFRINGEMENT OF UNITED STATES PATENT NO. 9,300,723)**

8.      Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9.      This cause of action arises under the patent laws of the United States and, in

particular, under 35 U.S.C. §§ 271, *et seq*.

10.      Plaintiff is the owner by assignment of the '723 Patent with sole rights to enforce

the '723 Patent and sue infringers.

11.      A copy of the '723 Patent, titled "Enabling social interactive wireless

communications," is attached hereto as Exhibit A.

12.      The '723 Patent is valid, enforceable, and was duly issued in full compliance with

Title 35 of the United States Code.

2

13.     Defendant has infringed and continues to infringe one or more claims, including at least Claim 1 of the '723 Patent by making, using, and/or selling media systems covered by one or more claims of the '723 Patent.  For example, Defendant makes, uses, and/or sells the Balance health app, Greater Goods BP monitor, associated software, hardware and/or apps, and any similar products ("Product"). Defendant has infringed and continues to infringe the '723 Patent in violation of 35 U.S.C. § 271.

14.     Regarding Claim 1, the Product is a media system.  The Product includes a media system (e.g., health app) configured to allow a user to view a media file (e.g., health data) from a medical device by a media terminal (e.g., smartphone) from a media node (e.g., medical device) over a communication network (e.g., Bluetooth network) through a communication link.  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://greatergoods.com/products/0664

Open the app and follow the prompts to create an account.

2. Make sure your monitor is still turned off, and your device's Bluetooth is turned on. In the app, choose "Monitor Setup", tap to pair a new monitor, and follow the instructions presented to you.

Source: https://greatergoods.com/service/0664

My phone won't connect to my smart monitor. What's wrong?

Bluetooth is a complex and evolving technology; while we've designed this monitor to be easy to use in most cases, there are many possible reasons you might have hit a snag. If you're having trouble setting up your monitor, make sure that your phone has the correct Bluetooth (Smart Bluetooth, also known as Bluetooth 4.0, or higher) to work with our monitor.

Source: https://greatergoods.com/service/0664

 Bluetooth icon flashes if any measurement has not been synced to the connected device

Source: https://greatergoods.com/service/0664



Source: Screenshot taken from Smartphone.

15.    The Product includes at least one media terminal disposed in an accessible relation to at least one interactive computer network.  For example, the Bluetooth network is used for sending health data from a media node (medical device) by detecting a smartphone (at least one media terminal) when the Product's app is installed on the smartphone and connected with the Product's media node through a Bluetooth network (i.e., the smartphone is in an accessible relationship with the interactive computer network). Certain aspects of this element are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://greatergoods.com/products/0664

 Bluetooth icon flashes if any measurement has not been synced to the connected device

Source: https://greatergoods.com/service/0664



Source: Screenshot taken from Smartphone.

16.    A wireless range is structured to permit authorized access to the at least one interactive computer network.  For example, the Bluetooth signals of the Product's medical device (media node) have a range within which the smartphone (media terminal) may connect.

17.    At least one media node is disposable within the wireless range, wherein the at least one media node is detectable by the at least one media terminal.  For example, the Product's medical device (media node) is detectable by the media terminal (smartphone). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://greatergoods.com/products/0664

 Bluetooth icon flashes if any measurement has not been synced to the connected device

Source: https://greatergoods.com/service/0664



Source: Screenshot taken from Smartphone.

18.    At least one digital media file is initially disposed on at least one media node and the at least one media terminal is structured to detect at least one media node disposed within the wireless range.  For example, the health data is initially disposed on the media node (medical device/monitor) and the media terminal can detect the medical device when it is within the appropriate range. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://greatergoods.com/products/0664

Viewing your results in the app:

- The home screen of the app will show a graph of your results over the past week, month, year, and the lifetime of your monitor, as well as your three-day average at the bottom of the screen. Because blood pressure varies, your average is the most important number to pay attention to.

Source: https://greatergoods.com/service/0664



Source: Screenshot taken from Smartphone.

19.    A communication link is structured to dispose of at least one media terminal and at least one media node in a communicative relation with one another via at least one interactive computer network.  For example, the smartphone and medical device are in a communicative relation over the Bluetooth network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://greatergoods.com/products/0664

Open the app and follow the prompts to create an account.

2. Make sure your monitor is still turned off, and your device's Bluetooth is turned on. In the app, choose "Monitor Setup", tap to pair a new monitor, and follow the instructions presented to you.

Source: https://greatergoods.com/service/0664

20.     The communication link is initiated by the at least one media terminal. For example, when the user turns on Bluetooth on the smartphone (media terminal), the smartphone initiates the communication link.

21.     At least one media node and at least one media terminal are structured to transmit the at least one digital media file therebetween via the communication link.  For example, the smartphone/app and the medical device are structured to transmit health data from the device to the smartphone over the wireless network.

22.     The communication link is structured to bypass at least one media terminal security measure for a limited permissible use of the communication link by the media node to only transferring the at least one digital media file to, and displaying the at least one digital media file on, the at least one media terminal.  For example, the communication link is structured so that whenever the user installs the Product's app on the smartphone (media terminal), the

smartphone automatically connects (bypassing any security measures) with the Product's medical device through Bluetooth code (i.e., media terminal security) whenever the smartphone comes to the range of the Bluetooth signals (for the limited purpose of transferring data form the device to the smartphone).



Source: https://greatergoods.com/products/0664

Viewing your results in the app:

- The home screen of the app will show a graph of your results over the past week, month, year, and the lifetime of your monitor, as well as your three-day average at the bottom of the screen. Because blood pressure varies, your average is the most important number to pay attention to.

Source: https://greatergoods.com/service/0664

Open the app and follow the prompts to create an account.

2. Make sure your monitor is still turned off, and your device's Bluetooth is turned on. In the app, choose "Monitor Setup", tap to pair a new monitor, and follow the instructions presented to you.

Source: https://greatergoods.com/service/0664

My phone won't connect to my smart monitor. What's wrong?

Bluetooth is a complex and evolving technology; while we've designed this monitor to be easy to use in most cases, there are many possible reasons you might have hit a snag. If you're having trouble setting up your monitor, make sure that your phone has the correct Bluetooth (Smart Bluetooth, also known as Bluetooth 4.0, or higher) to work with our monitor.

Source: https://greatergoods.com/service/0664

 Bluetooth icon flashes if any measurement has not been synced to the connected device

Source: https://greatergoods.com/service/0664



hold down the Start button to bypass manual setup mode and power your

Source: https://www.youtube.com/watch?v=xycpy_wqHSs

23.     Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

24.     Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

25.     Plaintiff is in compliance with 35 U.S.C. § 287.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a)     Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)     Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,300,723  (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

(c)     Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)     Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)     Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: August 7, 2021                    Respectfully submitted,


                                         */s/ Robert J. Vincze*
                                         Robert J. Vincze (MO #37687)
                                         Law Offices of Robert J. Vincze
                                         PO Box 792
                                         Andover, Kansas 67002
                                         303-204-8207
                                         vinczelaw@att.net

                                         **ATTORNEY FOR PLAINTIFF**
                                         **DISPLAY TECHNOLOGIES, LLC**

17