# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** a Texas limited liability company; | § § § |
| Plaintiff, | § § Case No: 4:21-cv-00988 |
| vs. | § § PATENT CASE § |
| **GREATER GOODS, LLC,** a Missouri limited liability company; | § § § |
| Defendant. | § § § |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 and Federal Rule of Civil Procedure 7.1, counsel of record for Plaintiff hereby discloses the following organizational interests:

1. The Plaintiff, Display Technologies, LLC, is a Texas limited liability company. Its member and manager is Patent Asset Management, LLC, a Florida limited liability company.

Respectfully submitted,

*s/Robert J. Vincze*_____
Robert J. Vincze (MO #37687)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207; Email: vinczelaw@att.net
*Attorney for Plaintiff*
*DISPLAY TECHNOLOGIES, LLC*

## CERTIFICATE OF SERVICE

I certify that on August 7, 2021, I electronically filed the foregoing Disclosure Certificate with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze
Robert J. Vincze (MO #37687)