# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** § § | |
| Plaintiff, § § | Case No: 4:21-cv-00988-MTS |
| vs. § § | PATENT CASE |
| **GREATER GOODS, LLC,** § § | |
| Defendant. § § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Display Technologies, LLC and Defendant Greater Goods, LLC by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: September 14, 2021            Respectfully submitted,

*/s/ Robert J. Vincze*
Robert J. Vincze (MO #37687)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
303-204-8207
vinczelaw@att.net

**ATTORNEYS FOR PLAINTIFF**

By: */s/Ben A. Stelter-Embry*
Ben A. Stelter-Embry, Mo. Bar No. 65404
Andrew B. Protzman, Mo. Bar No. 47086
PROTZMAN LAW FIRM, LLC
4001 W. 112th St., Suite 110
Leawood, Kansas 66211
P: 816-421-5100 | F: 816-421-5105
Email: ben@protzmanlaw.com
andy@protzmanlaw.com

**ATTORNEYS FOR DEFENDANT**